TERMED, TRANSF

## U.S. District Court
### Eastern District of Missouri (LIVE) (St. Louis)
### CIVIL DOCKET FOR CASE #: 4:07-cv-00667-CEJ
### Internal Use Only

Barker et al v. Merck & Co., Inc. et al
Assigned to: Honorable Carol E. Jackson
Cause: 28:1332 Diversity-Motor Vehicle Product Liability

Date Filed: 04/06/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Glenda Barker**     represented by **Francis J. Flynn**
JEFFREY J. LOWE, P.C.
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
314-678-3400
Fax: 314-678-3401
Email: casey@jefflowepc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cornelia Guthery**     represented by **Francis J. Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co., Inc.**     represented by **Stephen G. Strauss**
BRYAN CAVE LLP
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
314-259-2000
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy J. Soriano**
BRYAN CAVE LLP
211 N. Broadway

                                                Suite 3600
                                                St. Louis, MO 63102-2750
                                                314-259-2000
                                                Fax: 314-259-2020
                                                Email: rjsoriano@bryancave.com
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc.**　　　　　　　　　　　represented by **Harvey L. Kaplan**
                                                SHOOK AND HARDY, L.L.P.
                                                2555 Grand Boulevard
                                                Kansas City, MO 64108
                                                816-474-6550
                                                Fax: 816-421-5547
                                                Email: hkaplan@shb.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Jon A. Strongman**
                                                SHOOK AND HARDY, L.L.P.
                                                2555 Grand Boulevard
                                                Kansas City, MO 64108
                                                816-474-6550
                                                Fax: 816-421-5547
                                                Email: jstrongman@shb.com
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**　　　　　represented by **Harvey L. Kaplan**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Jon A. Strongman**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC**　　　　　　　represented by **Harvey L. Kaplan**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Jon A. Strongman**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2007 | 1 | COMPLAINT against defendant Merck & Co., Inc., Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC 4 @ 20 days Summons(es) issued, in the amount of $350, Consents issued 5, Disclosure of |

| | | |
|---|---|---|
| | | Corporate Interest issued to 4, Jury Demand,, filed by Glenda Barker, Cornelia Guthery. (Attachments: # 1 Civil Cover Sheet # 2 Original Filing Form)(SAJ, ) (Entered: 04/09/2007) |
| 04/06/2007 | 2 | NOTICE OF PRIVATE PROCESS SERVER by Plaintiffs Glenda Barker, Cornelia Guthery Process Server Corey Sullivan, (SAJ, ) (Entered: 04/09/2007) |
| 04/09/2007 | 3 | ORDER IT IS HEREBY ORDERED that the above styled case is randomly reassigned from Magistrate Judge Audrey G. Fleissig to District Judge Carol E. Jackson. Case reassigned to Judge Carol E. Jackson for all further proceedings. Judge Audrey G. Fleissig no longer assigned to case. Signed by Judge Unassigned on 4/9/07. (MJM, ) (Entered: 04/09/2007) |
| 04/09/2007 | | Receipt # S2007-005583 in the amount of $350.00 for CIVIL FILING FEE, CIVIL FILING FEE-PART 2, CIVIL FILING FEE-PART 3 on behalf of JEFFREY J. LOWE, P.C.. (CSW,) (Entered: 04/10/2007) |
| 04/13/2007 | 4 | SUMMONS Returned Executed filed by Glenda Barker, Cornelia Guthery. Merck & Co., Inc. served on 4/10/2007, answer due 4/30/2007. (Flynn, Francis) (Entered: 04/13/2007) |
| 04/13/2007 | 5 | SUMMONS Returned Executed filed by Glenda Barker, Cornelia Guthery. G.D. Searle LLC served on 4/10/2007, answer due 4/30/2007. (Flynn, Francis) (Entered: 04/13/2007) |
| 04/13/2007 | 6 | SUMMONS Returned Executed filed by Glenda Barker, Cornelia Guthery. Pharmacia Corporation served on 4/10/2007, answer due 4/30/2007. (Flynn, Francis) (Entered: 04/13/2007) |
| 04/13/2007 | 7 | SUMMONS Returned Executed filed by Glenda Barker, Cornelia Guthery. Pfizer Inc. served on 4/10/2007, answer due 4/30/2007. (Flynn, Francis) (Entered: 04/13/2007) |
| 04/27/2007 | 8 | ANSWER to Complaint with Jury Demand by Merck & Co., Inc.. (Soriano, Randy) (Entered: 04/27/2007) |
| 04/27/2007 | 9 | MOTION to Stay by Defendant Merck & Co., Inc.. (Attachments: # 1 Exhibit 1 to Motion to Stay)(Soriano, Randy) (Entered: 04/27/2007) |
| 04/27/2007 | 10 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE by Defendant Merck & Co., Inc.Parent companies: None,. (Soriano, Randy) (Entered: 04/27/2007) |
| 04/27/2007 | 11 | MOTION to Sever by Defendant Merck & Co., Inc.. (Soriano, Randy) (Entered: 04/27/2007) |
| 04/27/2007 | 12 | ANSWER to Complaint with Jury Demand by Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC.(Strongman, Jon) (Entered: 04/27/2007) |
| 04/27/2007 | 13 | MEMORANDUM in Support of Motion re 11 MOTION to Sever filed by Defendant Merck & Co., Inc.. (Attachments: # 1 Exhibit A to Memo in Support of Motion to Sever# 2 Exhibit B to Memo in Support of |

| | | |
|---|---|---|
| | | Motion to Sever# 3 Exhibit C to Memo in Support of Motion to Sever# 4 Exhibit D to Memo in Support of Motion to Sever)(Soriano, Randy) (Entered: 04/27/2007) |
| 04/27/2007 | 14 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE by Defendants Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (Strongman, Jon) (Entered: 04/27/2007) |
| 04/27/2007 | 15 | ENTRY of Appearance by Harvey L. Kaplan for Defendants Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (Kaplan, Harvey) (Entered: 04/27/2007) |
| 04/30/2007 | 16 | ENTRY of Appearance by Stephen G. Strauss for Defendant Merck & Co., Inc.. (Strauss, Stephen) (Entered: 04/30/2007) |
| 05/03/2007 | 17 | MOTION to Stay *Pending MDL Transfer* by Defendants Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (Strongman, Jon) (Entered: 05/03/2007) |
| 05/03/2007 | 18 | MEMORANDUM in Support of Motion re 17 MOTION to Stay *Pending MDL Transfer* filed by Defendants Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Strongman, Jon) (Entered: 05/03/2007) |
| 05/14/2007 | 19 | CONDITIONAL TRANSFER ORDER regarding multidistrict litigation by Clerk of the Panel; Signed by clerk of the panel on 05/08/2007;(DJO) (Entered: 05/18/2007) |
| 05/25/2007 | 20 | ORDER OF MDL TRANSFER to: Eastern District of Louisiana. Signed by Clerk of MDL Panel on 5/25/07. (KXS, ) (Entered: 05/25/2007) |
| 05/29/2007 | | ***REMARK - copies of complaint, order of transfer and docket sheet e-mailed to Eastern District of Louisiana (KXS, ) (Entered: 05/29/2007) |
| 06/04/2007 | 21 | ORDER OF MDL TRANSFER TO THE N/D OF CALIFORNIA. Signed by Richard Weiking Clerk on 6/4/07. (CQL, ) (Entered: 06/05/2007) |
| 06/05/2007 | 22 | Letter to Clerk N/D of Calif from Clerk E/D of Calif Re:MDL Transfer letter w/logins (CQL, ) (Entered: 06/05/2007) |